

SCANNED

RECEIVED
JUL 29 2005
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Naomi Hausler,                              )
                                            )
                Plaintiff,                  )
                                            )
v.                                          )
                                            )
Discounts R Us, Inc., William Manley,       )    Case No. 2:05-0019
Grisham, Knight & Hooper, and Arthur        )
Grisham                                     )    Judge Haynes
                                            )
                Defendants.                 )
                                            )

## AGREED ORDER

The parties, Naomi Hausler ("Hausler"), Discounts R Us, Inc.("Discounts"), William Manley ("Manley"), Grisham, Knight and Hooper ("GK&H"), and Arthur Grisham ("Grisham") here announce that all matters in dispute have been settled on the following terms:

1. Hausler shall pay to GK&H, as attorneys for Discounts, the sum of Three Thousand Five Hundred ($3,500.00) Dollars.

2. This litigation shall be dismissed with prejudice.

3. GK&H will provide Hausler with an executed Release of Lien suitable for filing in the Register's Office of Smith County, Tennessee.

4. GK&H will provide Hausler with a Satisfaction of Judgment suitable for filing in Civil Case Docket No. 9194-25-97 in the General Sessions Court for Smith County, Tennessee.

5. Hausler shall pay any and all fees for filing the aforesaid Release of Lien and Satisfaction of Judgment.

6. Hausler shall pay any unpaid court costs in this cause, any unpaid court costs in Case Docket No. 9194-25-97 in the General Sessions Court for Smith County, Tennessee, any unpaid court costs in Civil action number 4963-W in the Circuit Court for Smith County Tennessee, any

14

unpaid court costs in case No. M2002-01465-COA-R3-CV in the Tennessee Court of Appeals, and any unpaid court costs in case No. M2002-01465-SC-R11-CV in the Supreme Court of Tennessee.

7. The execution of this Order and the completion of the acts which the parties have herein bound themselves to do shall operate as a release of all claims Hausler has against the other parties and a release of all claims the other parties have against Hausler.

Now, therefore, it is Ordered that the Agreements of the parties as set forth above are made the Orders of this Court and this case is dismissed with prejudice.

Enter.

_____
William J. Haynes, Jr. Judge

Approved for Entry:

Grisham, Knight & Hooper

By:_____
Arthur C. Grisham, BPR 1071
Attorneys for Discounts R US, William Manley,
Grisham, Knight & Hooper & Arthur C. Grisham
P.O. Box 11583
Chattanooga, Tennessee 37401-2583
(423) 267-1158

By:_____
Naomi Hausler
221 Reece Hollow Rd.
Carthage, TN 37030

F:\SecDocs\Discounts R Us\Hausler\District Court Case\Agreed Order with agreement.wpd